WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Amanda Lee Smith,<br><br>　　　　Defendant. | CR-08-00191-02-PHX-MHB<br><br>**ORDER** |

A detention hearing on the Petition on Probation was held on October 6, 2008.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived her right to a detention hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is not a flight risk. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 7th day of October, 2008.

　　　　　　　　　　　　　　　　　Lawrence O. Anderson
　　　　　　　　　　　　　　　　　United States Magistrate Judge